EXHIBIT #1 - Ohio Civil Rights Commission Complaint

# Ohio Civil Rights Commission Housing Discrimination Charge

| **OCRC Use Only** OCRC Number: | | HUD Number: | |
|---|---|---|---|
| Name of person or organization alleging harm: Miami Valley Fair Housing Center | | Home Phone Number: ( ) | Alternate Phone Number: (937) 223-6035 |
| Street Address 505 Riverside Drive | City Dayton | State OH | Zip 45405 / County Montgomery |
| Email address: miranda.wilson@mvfairhousing.com | | | |
| Against whom is this charge being filed? Man Jit Saini | | | Phone Number ( ) |
| Street Address 270 Spinning Road | City Dayton | State OH | Zip 45431 / County Montgomery |

Check the applicable box or boxes which describe(s) whom the charge is being filed against:

☐ Owner  ☐ Manager  ☐ Salesperson  ☐ Bank or other Lender  ☐ Broker  ☑ Other __Registered Agent__

If you named an individual above who appeared to be acting for a company in this case, write the name and address of the company below.

Name: Paradise Residency LLC - property management

Address: c/o Man Jit Saini - registered agent, 270 Spinning Road, Dayton, OH 45431

Name and identify others (if any) you believe violated the law in this case:

Red Paradise LLC - owner, 264-16 85th Ave, Floral Park, NY 11001 (tax mailing address)

Red Paradise LLC - Man Jit Saini, reg. agent, 270 Spinning Rd. Dayton, OH 45431

Unidentified woman and man who acted as agents during contacts regarding the property.

3a. What is the address of the house or property? (street, city, county, state and zip code):
    3842 Milford Drive, Kettering, Montgomery County, OH 45429

3b. Does the owner live at this address?  ☐ Yes  ☑ No  ☐ Unknown

4. What kind of house or property was involved?
   ☑ Single-Family house  ☐ A house or building for 2, 3, or 4 families  ☐ A building for 5 families or more
   ☐ Other, including vacant land held for residential use (explain):

5a. Is this house or property being sold?  ☐ Yes  ☑ No  ☐ Unknown
5b. Is the house or property being rented?  ☑ Yes  ☐ No  ☐ Unknown

6. Do you believe you were discriminated against because of your: (Check all that apply.)
   ☐ Race   ☐ Color   ☐ Sex   ☒ Disability   ☐ National Origin   ☐ Ancestry   ☐ Religion
   ☐ Military Status   ☐ Familial Status   ☐ Marital Status (mortgage credit only)   ☐ Retaliation

7. When did the act(s) of discrimination occur? (Include the most recent date if several dates are involved.)

   June 30, 2023

8. What did the person you are complaining against do? (Check all that apply.)
   ☐ Refuse to rent, sell, or deal with you
   ☐ Falsely deny housing was available
   ☒ Discriminate in the terms and conditions in the sale, rental, occupancy, or in services or facilities
   ☐ Deny a reasonable accommodation
   ☐ Deny a reasonable modification
   ☐ Advertise in a discriminatory way
   ☐ Threaten, intimidate, interfere, harass, or coerce you to keep you from the full benefit of the State or Federal Fair Housing Law
   ☐ Discriminate in financing
   ☐ Engage in blockbusting
   ☐ Engage in steering
   ☒ Other Additional monthly fees and security deposit for an assistance animal

9. Please write a concise summary of what happened that you believe is an act of discrimination:

   Please see the attached summary.

   ELIZABETH REDMON, Notary Public
   In and for the State of Ohio
   My Commission Expires Nov. 27, 2026

I declare under penalty of perjury that the foregoing is true and correct.

Signature: Miranda Wilson     Date: 5/31/23

Sworn and subscribed before me on this 31st day of May of 20 23

Elizabeth Redmon
Ohio Civil Rights Commission Representative or (Notary)

**9. Please write a concise summary of what happened that you believe is an act of discrimination:**

The Miami Valley Fair Housing Center conducted testing of the publicly advertised rental at 3842 Milford Drive, Kettering, OH 45429 in late June 2022. Testing evidence indicates differing treatment based on disability.

**On Wednesday, June 29, 2022, at about 11:23 AM, the Reasonable Accommodation Tester ("RA Tester") called 937-442-8062 in order to get information about a rental property at 3842 Milford Dr, Kettering, OH 45429.** The call was answered by a woman who did not identify herself. The RA Tester told the woman his name and said he saw that she had a house for rent on Milford Dr and asked to see it the following day (June 30) at about 10:30 AM. The woman said she did have a place available. The woman said that should be all right and told the RA Tester to text his name and number to 937-701-7040 and someone would get back with him.

Before the RA Tester disconnected the call, he told the woman that his son (minor child) had a disability and, therefore, had a companion animal. He asked if that would be all right. The woman asked what kind of animal it was and the RA Tester said it was a dog. The woman said that would be all right and added that there was a pet policy that they could go over when the RA Tester was at the house. The call ended at approximately 11:27 AM.

**At 11:32 AM on Wednesday, June 29, 2022, the RA Tester sent a text to 937-701-7040.** The text stated the RA Tester's name and said he would like to see the house at 3842 Milford Dr the following day (June 30) at 10:30 AM.

**At 1:35 PM on Wednesday, June 29, 2022, the RA Tester received a text from 937-701-7040.** The text read, "Okay have scheduled to show house tomorrow morning." The RA Tester replied later that afternoon thanking the person.

**On Thursday, June 30, 2022, at about 10:20 AM, the RA Tester arrived at 3842 Milford Dr, Kettering, OH 45429.** He parked in front of the house and noted that there seemed to be no one there. He waited until 10:36 AM when he called 937-701-7040. The phone rang several times before giving an electronic "beep" after which there was silence. Unsure if he had reached a voicemail or had been disconnected, the RA Tester ended the call. The RA Tester then called 937-442-8062 at 10:37 AM. After several rings, he again heard the same electronic "beep" followed by silence. This time, the RA Tester left a message saying he was unsure if he had reached a voicemail but, in case he had, he was sitting in front of 3842 Milford Dr for his 10:30 appointment. He left his name and asked someone to call him. The RA Tester then sent a text to 937-701-7040 at 10:39 AM. The text stated the RA Tester's name and said he was at the address above for his 10:30 appointment. He asked someone to call him.

The RA Tester received a call at 10:52 AM from 937-701-7040. A woman who did not identify herself asked the RA Tester if anyone was there to show him the house. He said there was no one there. The woman said she would contact the man who was supposed to be there and call the RA Tester back. The call lasted less than one minute.

After approximately three minutes, the RA Tester received a call from 937-701-7040. The RA Tester spoke with the same unidentified woman. She told the RA Tester that the man who was supposed to show the house had left the keys in the mailbox. She asked the RA Tester if there were any keys there. the RA Tester got out of his car, telling the woman he was going to keep her connected while he checked. He went to the mailbox and found a ring with four keys on it. He tried one of them on the door and it opened. Continuing his call with the unidentified woman, the RA Tester went in and looked through the house. After touring the house, the RA Tester reminded the woman that his son had a disability and had a companion animal. He asked if that was still okay. <u>The woman said they "could work everything out" and that she would need the service animal registration tag for the animal "and everything."</u> The RA Tester asked if there would be any fees involved. <u>The woman said that there would be a pet deposit and additional rental fees.</u> The RA Tester asked her how much those would be. The woman asked how much the dog weighed and <u>the RA Tester said it weighed about 80 pounds and that it was not a pet but something his son's doctor had prescribed for him. The woman said she understood and it would be just "a standard $300 deposit." The RA Tester asked if that could be waived since the it was a medical device instead of a pet and the woman said that the deposit was refundable. She said that, if he had a pet, it would be a non-refundable deposit.</u>

The RA Tester then told the woman that his son used a therapy swing that he would like to mount in the ceiling of his son's bedroom. The RA Tester said he would have the swing professionally mounted and the ceiling restored to its original condition when they left. He said he would pay for the work to be done. The woman said she would have to know how the swing was to be hung from the wall and what kind of connections it would have. The RA Tester said that the swing would be hung from the ceiling and repeated that he would have it all done professionally and would pay for it. The woman said they could "work that out." The RA Tester asked if it would be all right then and the woman said it would be.

The RA Tester asked how to get an application and the woman said he should text his email address to her and she would email one. She said they would require income verification and background checks and said, once everything was verified, they could talk about lease terms. The RA Tester asked about the application fee. The woman said it was $40. The RA Tester confirmed the rent at $1,100 per month and asked about the deposit. The woman said the RA Tester would pay for the first and last month's rent and then it was an additional $500. The RA Tester asked about utilities and the woman said tenants were responsible for all utilities.

The call was ended and the RA Tester left the house, locked the door, and returned the keys to the mailbox. The test ended at about 11:00 AM.

**At about 12:54 PM on Thursday, June 30, 2022, the Control Tester ("CT Tester") called 937-442-8062.** After several rings, there was an electronic "beep" after which there was silence. CT Tester left her name and said she wanted some information about the property on Milford Dr. She left her number and asked that someone return her call. She asked if there was any time that day that she could see the house. The call ended at 12:55 PM. After a series of text messages and then a return call from 937-442-8062, the CT Tester scheduled an appointment to view the unit at 3pm.

**At 1:03 PM on Thursday, June 30, 2022, the RA Tester sent a text to 937-701-7040.** The text asked that an application be sent to his email address which he listed.

**At approximately 3pm on Thursday, June 30, 2022, the CT Tester viewed 3842 Milford Dr.** The CT Tester spoke with an unidentified man by phone before entering and viewing the house on her own. The CT Tester asked about the rent and he told her it was $1,100 per month. The CT Tester asked the deposit and he said it was first and last month's rent and a $500 deposit. CT Tester asked if there was an application fee and the agent told her it was $40. CT Tester asked if the application was online or paper and the agent told her it was online.

The CT Tester had no further contact with the agent.

**On Friday, July 1, 2022, at 4:42 PM, the RA Tester received an email from friendlysupport@cheddarup.com.** The email included a link to an application for 3842 Milford Drive.

The RA Tester had no further contact with the agent.

Testing evidence demonstrates that prospective applicants with disabilities face an additional deposit and monthly fees for reasonable accommodations for assistance animals. Such practices limit access to housing opportunities for people with disabilities, frustrating the mission of the Miami Valley Fair Housing Center and requiring diversion of scarce resources to counteract the effect of such practices in the community.

I declare under penalty of perjury that I have read this complaint and that it is true and correct.

*Miranda Wilson*
Name: Miranda Wilson

Sworn to and subscribed in my presence this  31st  day of  May  2023.



ELIZABETH REDMON, Notary Public
In and for the State of Ohio
My Commission Expires Nov. 27, 2026
SEAL

*Elizabeth Redmon*
Notary Public

Page 3 of 3