UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MIAMI VALLEY FAIR HOUSING CENTER, INC.,

    Plaintiff,

vs.

PARADISE RESIDENCY, LLC, *et al*.,

    Defendants.

Case No. 3:25-cv-7

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

## ORDER DENYING PLAINTIFF/COUNTER DEFENDANT'S MOTION TO DISMISS (Doc. No. 8) AS MOOT

In light of Plaintiff's amended complaint (Doc. No. 14), the resulting answer and counterclaim from Defendants/Counter Claimants (Doc. No. 15), and Plaintiff/Counter Defendant's second motion to dismiss (Doc. No. 17), the Court **DENIES AS MOOT** Plaintiff/Counter Defendant's first motion to dismiss (Doc. No. 8).  The Court will proceed to rule on the second motion to dismiss.

**IT IS SO ORDERED.**

  December 15, 2025                            s/*Michael J. Newman*
                                                         Hon. Michael J. Newman
                                                         United States District Judge