UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MIAMI VALLEY FAIR HOUSING CENTER,
INC.,

      Plaintiff,                             Case No. 3:25-cv-7

vs.

PARADISE RESIDENCY, LLC,               District Judge Michael J. Newman
*et al.*,                                    Magistrate Judge Caroline H. Gentry

      Defendants.

---

**ORDER:  (1) FINDING DEFENDANTS SATISFIED THE SHOW CAUSE ORDER (Doc. No. 23); (2) DENYING AS MOOT PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS (Doc. No. 17); AND (3) DIRECTING THE CLERK OF COURTS TO CLARIFY ON THE DOCKET SHEET THAT DEFENDANTS' COUNTERCLAIMS ARE NO LONGER PENDING**

---

This Court ordered Defendants Paradise Residency, LLC; Red Paradise, LLC; and Saurin Shah ("Defendants") to show cause why they did not respond to Plaintiff's motion to dismiss Defendants' counterclaims.  Doc. No. 23.  Defendants responded to the Court's Order and voluntarily dismissed their counterclaims.  Doc. No. 24.  Consequently, the Court **FINDS** Defendants have satisfied the show cause Order.  As a result of Defendants' voluntary dismissal of their counter claims, Plaintiff's motion to dismiss (Doc. No. 17) is **DENIED AS MOOT**.  Finally, the Clerk of Courts shall **CLARIFY** on the docket sheet that Defendants' counterclaims are no longer pending.

      **IT IS SO ORDERED.**

March 23, 2026                               s/*Michael J. Newman*
                                              Hon. Michael J. Newman
                                              United States District Judge